Tatyana A. Edwards, Esq.
California Bar No. 201808
Law Offices of Tatyana A. Edwards, APC
402 W. Broadway, Suite 720
San Diego, CA 92101
Tel: (619) 699-5875
Fax: (619) 231-1775
Email: info@lawedwards.com

*FILED*

07 NOV 20 PM 12: 19

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____
                    DEPUTY

# IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

RAFAEL VIDAL COLL HERRERA,            )
                                                             )
              Plaintiff,                                )
                                                             )
       v.                                                  )
                                                             )
MICHAEL B. MUKASEY, Attorney     )
General, U. S. Department of Justice;  )
MICHAEL CHERTOFF, Secretary of    )
the U. S. Department of Homeland     )
Security; and PAUL PIERRE,              )
District Director, U. S. Citizenship       )
and Immigration Services, San Diego,  )
California,                                            )
                                                             )
              Defendants.                            )
_____)

CIVIL ACTION NO.

'07 CV 2217 JAH (WMC)

COMPLAINT FOR A WRIT OF
MANDAMUS TO COMPEL
DEFENDANTS' DETERMINATION
OF PLAINTIFF'S APPLICATION
FOR ADJUSTMENT OF STATUS
AND FOR A HEARING ON
ADJUSTMENT OF STATUS
APPLICATION; EXHIBITS "A" TO
"F"; SUMMONS

COMPLAINT FOR WRIT OF MANDAMUS TO COMPEL
DEFENDANTS' DETERMINATION OF PLAINTIFF'S
APPLICATION FOR ADJUSTMENT OF STATUS AND
FOR A HEARING ON ADJUSTMENT APPLICATION

COMES NOW Plaintiff RAFAEL VIDAL COLL HERRERA, by and through his attorneys,

LAW OFFICES OF TATYANA A. EDWARDS, APC, and for cause of action would show unto

the Court the following:

-1-

INTRODUCTION

1.      Plaintiff is an applicant for adjustment of status trapped in procedural limbo. Over three years have elapsed since his application for adjustment of status was filed. Three years have now passed since his adjustment of status interview on October 21, 2004 and he has still not been formally notified whether his application has been granted or denied, nor of the procedure for obtaining his green card. Plaintiff has suffered grievously as a result of these delays. He has been deprived of the substantial and unique benefits of U.S. lawful permanent residency, including protection of the laws of the United States equal to that granted to other similarly situated U.S. lawful residents; political rights; the right to enter and remain in the United States; freedom of movement and travel; the right to permanent employment; as well as the protection of the United States government when outside the United States. He also has been subjected to fear, despair, uncertainty engendered by the inability to obtain his lawful resident status; the inability to travel when needed and carry out necessary activities; forced necessity to re-apply every twelve months for advance permission to return to the United States; the inability to file for naturalization and to file visa petitions for immediate relatives, as a United States citizen; strain on his family relationships; and the loss, or threatened loss, of life sustaining federal benefits. Defendants maintain a practice of failing and refusing to timely grant or deny adjustment of status applications, to timely notify adjustment applicants regarding the results of their adjustment interview, and to timely issue the applicants their permanent resident cards affirming their lawful permanent resident status, as required by the applicable provisions of federal law.

PARTIES

2.      Plaintiff RAFAEL VIDAL COLL HERRERA (Alien Registration Number A 070 949 655) is a citizen and native of Mexico, born on December 3, 1968, who on December 2, 2003 married Ms. Jennifer Michelle Larsen, a United States Citizen. Following his marriage, in March of 2004 Mr. Coll Herrera filed an adjustment of status application (I-485)

with the United States Citizenship and Immigration Services ("USCIS"), based on his immediate relative status. On October 21, 2004 Mr. Coll Herrera was interviewed by USCIS in San Diego District Office in Chula Vista.

3.      Defendant MICHAEL B. MUKASEY is the Attorney General, United States Department of Justice, and this action is brought against him in his official capacity. The immigration and Nationality Act § 103 (a)(1) states that "[t]he Attorney General *shall* be charged with the administration and enforcement of this chapter and all other laws relating to the immigration and naturalization of aliens". INA § 103(a)(1), 8 USC § 1103 (a)(1), (emphasis added.) Additionally the Attorney General has supervisory authority over the Federal Bureau of Investigations, an agency within the United States Department of Justice that conducts supervisory checks of adjustment of status, naturalization and other applicants in cooperation with the Department of Homeland Security.

4.      Defendant MICHAEL CHERTOFF is Secretary of the Department of Homeland Security and this action is brought against him in his official capacity. He is statutorily charged with enforcement of the Immigration and Nationality Act and is further authorized to delegate such powers and authority to subordinate employees of the Citizenship and Immigration Services. 8 USC § 1103(a). More specifically, the Secretary of the Department of Homeland Security is responsible for the adjudication of applications by foreign nationals married to U.S. citizens, such as Plaintiff, to adjust status to a lawful permanent resident. The Citizenship and Immigration Services is an agency within the Department of Homeland Security, to whom the Secretary's authority has, in part, been delegated, and is subject to the Secretary's supervision.

5.      Defendant PAUL PIERRE is a District Director of the Citizenship and Immigration Services in San Diego, California, and this action is brought against him in his official capacity. As District Director he is charged with supervisory authority over all operations of the CIS within his District, with certain exceptions not relevant here. 8 CFR § 103.1 (g)(2)(ii)(B). As will be shown, the District Director is the official with whom the responsibility for the adjudication of Plaintiff's Application for Adjustment of Status now properly rests, and the District Director presently has custody and control over Plaintiff's alien file and records.

## JURISDICTION

6.      Jurisdiction is conferred upon this Honorable Court pursuant to Section 1331 of Title 28, as well as Section 1361 of Title 28 of the United States Code, the Administrative Procedure Act (APA) codified at Section 555(b) of Title 5 of the United States Code, and the Immigration and Nationality Act and regulations implementing it to redress the deprivation of rights, privileges, and immunities secured to Plaintiff, by which jurisdiction is conferred, to compel Defendants and those working under them to perform duties they owe to the Plaintiff.

7.      Pursuant to 28 USC § 1331, "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." The jurisdiction is proper under 28 USC § 1331 because the cause of action arises under 28 USC§ 1361 (mandamus), the Administrative procedure Act (APA) 5 USC§ 555 (b) and 5 USC §702, the Immigration and Nationality Act (INA) and the regulations implementing it codified at Title 8 of Code of Federal Regulations.

8.      Section 1361 of Title 28 of the United States Code provides that: "The

District court shall have original jurisdiction of any actions in the nature of mandamus to compel

an officer or employee of the United States or any agency thereof to perform a duty owed to the

plaintiff". 28 USC § 1361

       9.    In addition, the Administrative Procedure Act, in pertinent part provides

that: "[W]ith due regards for the convenience and necessity of the parties or their representatives

and within a reasonable time, each agency shall proceed to conclude a matter presented to it". 5

USC § 555(b).

       10.    Jurisdiction is further conferred by 5 USC § 704. Plaintiff is

aggrieved by adverse agency action in this case, as the Administrative Procedures Act requires in

order to confer jurisdiction on the District Courts. 5 USC § 702 et seq.

       11.    The aid of the Court is invoked under 28 USC §§ 2201 and

2202, authorizing a declaratory judgment.

       12.    Costs and attorneys' fees will be sought pursuant to the Equal

Access to Justice Act, 5 USC § 504, and 28 USC § 2412(d), et seq.

       13.    The delay in processing the Adjustment of Status Application (I-485) of

Plaintiff's is unreasonable.

THE STATUTORY AND REGULATORY
SCHEME OF THE ADJUSTMENT PROCESS

       14.    Numerous provisions of the Immigration and Nationality Act and the

regulations provide examples of duties owed by the UCIS in adjustment of status process. The

immigration and Nationality Act § 103 (a)(1) states that "[t]he Attorney General *shall* be charged

with the administration and enforcement of this chapter and all other laws relating to the

immigration and naturalization of aliens". INA § 103(a)(1), 8 USC § 1103 (a)(1), (emphasis

added.) The Code of Federal Regulations further provides that "[e]ach applicant for adjustment

-5-

of status under this part *shall* be interviewed by an immigration officer". 8 CFR § 245.6 (emphasis added); and, most importantly, that "the applicant *shall* be notified of the decision of the Director, and, if the application is denied, the reasons for denial." 8 CFR § 245.2 (emphasis added). The language of the statute and regulation is mandatory, not discretionary, and requires the Defendant to adjudicate the adjustment of status application.

## VENUE

15.    Venue is properly laid in the Southern District of California pursuant to the provisions of Section 1391 (e)(3) of Title 28 of the United States Code, in that the Defendant PIERRE maintains his office in this district and the USCIS Offices are in this district adjudicating the Plaintiff's application.

## FACTS

16.    Mr. Coll Herrera is a native citizen of Mexico. On December 3, 2003 Mr. Coll Herrera got married to a United States citizen, Ms. Jennifer Michelle Larsen. On March 9, 2004 Plaintiff's spouse, Mrs. Jennifer Michelle Larsen, filed a Relative Visa Petition (Form I-130) and a simultaneous application for adjustment of status (I-485) to enable Mr. Coll Herrera to adjust his status to that of a United States lawful permanent resident as a spouse of U.S. citizen. On October 21, 2004 the Plaintiff and his spouse attended an Adjustment of Status interview in Chula Vista. At the interview the Plaintiff was informed by USCIS that the security background checks were not yet completed. Three-and-a- half years now passed after the original Adjustment of Status application was filed, and over three years - since the adjustment interview. Despite this significant passage of time Plaintiff is still awaiting a response from the USCIS.

17.    Plaintiff and Mrs. Jennifer Michelle Larsen, a United States citizen, were married in San Diego, California on December 2, 2003 (See attached Exhibit A).

18.    Plaintiff's family petition (Form I-130) and an application for Adjustment of Status (Form I-485) were filed on March 9, 2004. (See Attached Exhibit B.)

19.    In October 2004, Plaintiff attended an Adjustment of Status interview. At the interview, the USCIS adjudicating officer informed Mr. Coll Herrera that the USCIS could not adjudicate his case because the FBI security checks were still pending and did not clear. (See Attached Exhibit C).

20.    Plaintiff through his attorneys and on his own filed several inquiries with the USCIS, but received the same assurance that the FBI security checks were still pending. Two last inquires filed by this office within the last 30 days were not responded to by USCIS.   (See Attached Exhibit D.)

21.    Plaintiff had to re-apply for his employment authorization and advance parole document at a great inconvenience to himself when emergency required him to travel to Mexico to see his mother who was ill. (See Attached Exhibit E).

22.    Plaintiff had to be re-fingerprinted again following his adjustment interview in 2004, which created additional inconveniences, personal anxiety, unreasonable expectation of prompt results, monetary and time expenditures, disruption of employment schedule and also created additional family difficulties (See Attached Exhibit F).

23.    After many inquiries the USCIS still has not provided any response other than a repeated assurance that security checks were still pending.

24.    Despite multiple inquiries made on behalf of the Plaintiff, USCIS has yet to take action on the adjustment of status application filed by Mr. Coll Herrera.

25.     Plaintiff has not been advised as to the status of his Adjustment of Status application that has been pending since March of 2004.

## THE CHALLENGED PRACTICES
## AND REQUEST FOR RELIEF

26.     The allegations contained in paragraphs 1 through 25 above are repeated and re-alleged as though fully set forth herein.

27.     Mr. Coll Herrera has fully complied with all requirements under the Immigration and Nationality Act and the regulations implementing it.

28.     Despite the clear intent of Congress, Defendants have maintained and continue to maintain a practice which denies Plaintiff the rights secured to him pursuant to the relevant statutes and Defendants' own regulations. Despite the statutory and regulatory mandate, Plaintiff has not been formally notified that his application has been granted or denied either at the adjustment interview or for the next two and a half years thereafter.

29.     The Defendants have willfully and unreasonably delayed and have refused to adjudicate the Adjustment of Status application.

30.     This unreasonable delay in adjudicating the applications is not attributable to Plaintiff.

31.     The Defendants owed Plaintiff a duty to adjudicate and make a determination on the application and have unreasonably failed to perform the duty. This duty is owed under the INA and regulations, as well as by the fact that by charging a filing fee, USCIS created for itself an obligation to process and adjudicate the application.

32.     This delay is unreasonable per se.

33.     The delay is unreasonable in light of the fact that Plaintiff's application was filed over three and a half years ago.

34.    The delay is unreasonable in light of USCIS estimated processing times.

35    The delay is unreasonable in light of the fact that Plaintiff has been interviewed and twice fingerprinted, and since the fact-finding process has been completed, there is no reason for further delays.

36.    The delay is unreasonable in light of the fact that USCIS has been unable to adequately respond to any of the Plaintiff's inquiries on the pending application.

37.    The delay is unreasonable because the Defendants' practice of failing and refusing to approve the application results in even greater delays as the Plaintiff may be forced to redo fingerprint submissions solely as a result of the inordinate passage of time.

### EXHAUSTION OF REMEDIES

38.    By making numerous inquiries on the status of the application, Plaintiff has exhausted any and all administrative remedies that exist. No other remedy exists to resolve Defendants' delay and lack of ability or willingness to make a determination of Plaintiff's adjustment of status application.

### PRAYER

WHEREFORE, Plaintiff prays that this Honorable Court:

1.    Assume jurisdiction herein.

2.    Compel the Defendants and those acting under them to perform their duty or duties to adjudicate the adjustment application.

3.    Grant such other and further relief, as this Honorable Court deem appropriate and just.

4.    Grant attorney's fees and costs of court.

DATED:        November 20, 2007

San Diego, California,

_Tatyana S. Edwards_
Tatyana A. Edwards, Esq.
Attorney for Plaintiff

Tatyana A. Edwards, Esq.
California Bar No. 201808
Law Offices of Tatyana A. Edwards, APC
402 W. Broadway, Suite 720
San Diego, CA 92101
Tel: (619) 699-5875
Fax: (619) 231-1775
Email:  info@lawedwards.com

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL VIDAL COLL HERRERA,    ) | CIVIL ACTION NO. |
|                             ) | |
|         Plaintiff,     ) | |
|                             ) | PROOF OF SERVICE |
| v.                           ) | |
|                             ) | |
| MICHAEL B. MUKASEY, Attorney   ) | |
| General, United States Department of   ) | |
| Justice; MICHAEL CHERTOFF,    ) | |
| Secretary of the United States Department ) | |
| of Homeland Security; and PAUL   ) | |
| PIERRE, Acting District Director,   ) | |
| United States Citizenship and Immigration ) | |
| Services, San Diego, California,    ) | |
|                             ) | |
|         Defendants.    ) | |

IT IS HEREBY CERTIFIED THAT:

     I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 402 W. Broadway, Suite 720, San Diego, California 92101-8893.

     I am not a party to the above-entitled action. I have caused service of:

     COMPLAINT FOR A WRIT OF MANDAMUS

     on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Karen P Hewitt
United States Attorney

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non ECF participant on this case:

MICHAEL B. MUKASEY, Attorney General
United States Department of Justice
c/o Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528

MICHAEL CHERTOFF, Secretary
United States Department of Homeland Security
c/o Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528

PAUL PIERRE
United States Citizenship and Immigration Services
c/o Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 20, 2007 at San Diego, California.

Tatyana A. Edwards
Attorney for Plaintiff

# COUNTY OF SAN DIEGO

### GREGORY J. SMITH
### ASSESSOR/RECORDER/COUNTY CLERK

## LICENSE AND CERTIFICATE OF MARRIAGE
MUST BE LEGIBLE—MAKE NO ERASURES, WHITEOUTS, OR OTHER ALTERATIONS

4200337 019139

| STATE FILE NUMBER | | | LOCAL REGISTRATION NUMBER |
|---|---|---|---|

**GROOM PERSONAL DATA**

| 1A. NAME OF GROOM—FIRST (GIVEN) | 1B. MIDDLE | 1C. LAST (FAMILY) | 2. DATE OF BIRTH—MONTH, DAY, YEAR |
|---|---|---|---|
| RAFAEL | VIDAL | COLL HERRERA | 12/03/1968 |

| 3A. RESIDENCE—STREET AND NUMBER | 3B. CITY | 3C. ZIP CODE | 3D. COUNTY—OUTSIDE CALIFORNIA ENTER STATE | 4. STATE OF BIRTH |
|---|---|---|---|---|
| 6366 RANCHO MISSION RD #806 | SAN DIEGO | 92108 | SAN DIEGO | MX |

| 5. MAILING ADDRESS—IF DIFFERENT | 6. NUMBER OF PREVIOUS MARRIAGES | 7A. LAST MARRIAGE ENDED BY: | 7B. DATE— MONTH, DAY, YEAR |
|---|---|---|---|
| --- | 00 | ☐ DEATH ☐ DISSOLUTION ☐ ANNULMENT | --/--/---- |

| 8A. USUAL OCCUPATION | 8B. USUAL KIND OF BUSINESS OR INDUSTRY | 9. EDUCATION - YEARS COMPLETED |
|---|---|---|
| MANAGER | HOTEL | 15 |

| 10A. FULL NAME OF FATHER | 10B. STATE OF BIRTH | 11A. FULL MAIDEN NAME OF MOTHER | 11B. STATE OF BIRTH |
|---|---|---|---|
| RAFAEL VIDAL COLL | MX | CONSUELO HERRERA | MX |

0350

**BRIDE PERSONAL DATA**

| 12A. NAME OF BRIDE—FIRST (GIVEN) | 12B. MIDDLE | 12C. CURRENT LAST (FAMILY) | 12D. MAIDEN LAST (FAMILY) IF DIFFERENT THAN (12C) | 13. DATE OF BIRTH— MONTH, DAY, YEAR |
|---|---|---|---|---|
| JENNIFER | MICHELLE | LARSEN | --- | 03/26/1978 |

| 14A. RESIDENCE—STREET AND NUMBER | 14B. CITY | 14C. ZIP CODE | 14D. COUNTY—OUTSIDE OR STATE | 15. STATE OF BIRTH |
|---|---|---|---|---|
| 6366 RANCHO MISSION RD #806 | SAN DIEGO | 92108 | SAN DIEGO | CA |

| 16. MAILING ADDRESS— IF DIFFERENT | 17. NUMBER OF PREVIOUS MARRIAGES | 18A. LAST MARRIAGE ENDED BY: | 18B. DATE— MONTH, DAY, YEAR |
|---|---|---|---|
| --- | 00 | ☐ DEATH ☐ DISSOLUTION ☐ ANNULMENT | --/--/---- |

| 18A. USUAL OCCUPATION | 19B. USUAL KIND OF BUSINESS OR INDUSTRY | 20. EDUCATION - YEARS COMPLETED |
|---|---|---|
| MANAGER | HOTEL | 16 |

| 21A. FULL NAME OF FATHER | 21B. STATE OF BIRTH | 22A. FULL MAIDEN NAME OF MOTHER | 22B. STATE OF BIRTH |
|---|---|---|---|
| REX LARSEN | UT | TERESA JANE MCGINNIS | CA |

1 of 2

**AFFIDAVIT**

WE, THE UNDERSIGNED, AN UNMARRIED MAN AND UNMARRIED WOMAN, STATE THAT THE FOREGOING INFORMATION IS CORRECT AND TRUE TO THE BEST OF OUR KNOWLEDGE AND BELIEF, THAT NO LEGAL OBJECTION TO THE MARRIAGE NOR TO THE ISSUANCE OF A LICENSE IS KNOWN TO US, AND HEREBY APPLY FOR A LICENSE AND A CERTIFICATE OF MARRIAGE.

| 23. SIGNATURE OF GROOM | 24. SIGNATURE OF BRIDE |
|---|---|
| ▶ | ▶ |

AUTHORIZATION AND LICENSE IS HEREBY GIVEN TO ANY PERSON DULY AUTHORIZED BY THE LAWS OF THE STATE OF CALIFORNIA TO PERFORM A MARRIAGE CEREMONY WITHIN THE STATE OF CALIFORNIA TO SOLEMNIZE THE MARRIAGE OF THE ABOVE NAMED PERSONS. REQUIRED CONSENTS FOR THE ISSUANCE OF THIS LICENSE ARE ON FILE.

**LICENSE TO MARRY**

| 25A. ISSUE DATE MONTH, DAY, YEAR | 25B. LICENSE EXPIRES AFTER MONTH, DAY, YEAR | 25C. LICENSE NUMBER | 25D. COUNTY OF ISSUE |
|---|---|---|---|
| 12/02/2003 | 03/01/2004 | 4200337 023105 | ▶ SAN DIEGO |

| 25E. NAME OF COUNTY CLERK | 25F. SIGNATURE OF DEPUTY CLERK (IF APPLICABLE) |
|---|---|
| GREGORY J. SMITH | BY ▶ ANA RITA PALMER DEPUTY |

**WITNESS(ES) (ONE REQUIRED)**

| 26A. SIGNATURE OF WITNESS | 26B. ADDRESS—STREET AND NUMBER | 26C. CITY, STATE AND ZIP CODE |
|---|---|---|
| ▶ | 4161 Arizona St. #5 | San Diego, CA 92104 |

| 27A. SIGNATURE OF WITNESS | 27B. ADDRESS—STREET AND NUMBER | 27C. CITY, STATE AND ZIP CODE |
|---|---|---|
| ▶ | 5525 Vista Dr. #237 | WDM, IA 50266 |

**CERTIFICATION OF PERSON SOLEMNIZING MARRIAGE**

28. I HEREBY CERTIFY THAT THE ABOVE NAMED BRIDE AND GROOM WERE JOINED BY ME IN MARRIAGE IN ACCORDANCE WITH THE LAWS OF THE STATE OF CALIFORNIA

| 29A. SIGNATURE OF PERSON SOLEMNIZING MARRIAGE | 29B. RELIGIOUS DENOMINATION (IF CLERGY) |
|---|---|
| ▶ | |

ON December 28 2003

| 29C. NAME OF PERSON SOLEMNIZING MARRIAGE (TYPE OR PRINT) | 29D. OFFICIAL TITLE |
|---|---|
| Larry McGinnis | Dep Marr Comm |

AT San Diego San Diego CALIFORNIA

| 29E. MAILING ADDRESS | 29F. ZIP CODE |
|---|---|
| 21 Champion Pl Alhambra, CA | 91801 |

**LOCAL REGISTRAR OF MARRIAGES (COUNTY RECORDER)**

| 30A. SIGNATURE OF LOCAL REGISTRAR | 30B. SIGNATURE OF DEPUTY (IF APPLICABLE) | 31. DATE ACCEPTED FOR REGISTRATION |
|---|---|---|
| ▶ Gregory J. Smith, Recorder/County Clerk | BY ▶ E M Ramos DEPUTY | 12/30/2003 |

This is a true and exact reproduction of the document officially registered and placed on file in the office of the San Diego County Recorder/Clerk.



February 2, 2004

Gregory J. Smith
Assessor/Recorder/County Clerk

# EXHIBIT A



This copy is not valid unless prepared on an engraved border displaying date, seal and signature of the Recorder/County Clerk

*001189936*


# COUNTY OF SAN DIEGO
### GREGORY J. SMITH
### ASSESSOR/RECORDER/COUNTY CLERK

## AFFIDAVIT TO AMEND A MARRIAGE RECORD

☒ PUBLIC ☐ CONFIDENTIAL ☐ DECLARED

**NO ERASURES, WHITEOUTS, OR ALTERATIONS**

STATE FILE NUMBER

4200337 019139

LOCAL REGISTRATION DISTRICT AND CERTIFICATE NUMBER

| STATE/LOCAL REGISTRAR USE ONLY | 1A. | 1B. | 1C. |
|---|---|---|---|

### PART I   INFORMATION TO LOCATE RECORD—TYPE OR PRINT LEGIBLY

| INFORMATION AS IT APPEARS ON ORIGINAL RECORD | 1A. NAME OF GROOM/HUSBAND—FIRST (GIVEN) RAFAEL | 1B. MIDDLE VIDAL | 1C. LAST (FAMILY) COLL HERRERA |
|---|---|---|---|
| | 2A. NAME OF BRIDE/WIFE—FIRST (GIVEN) JENNIFER | 2B. MIDDLE MICHELLE | 2C. LAST (FAMILY) LARSEN |
| | 3. DATE OF MARRIAGE—MONTH, DAY, YEAR December (12)  28  2003 | | 4. COUNTY IN WHICH THE LICENSE WAS ISSUED SAN DIEGO |

### PART II   STATEMENT OF CORRECTIONS—NO ERASURES, WHITEOUTS, OR ALTERATIONS       **2 of 2**

| 5. CERTIFICATE ITEM NUMBER | 6A. INFORMATION AS IT APPEARS ON ORIGINAL RECORD | 6B. INFORMATION AS IT SHOULD APPEAR |
|---|---|---|
| **0351** 1ABC | RAFAEL VIDAL COLL HERRERA | RAFAEL VIDAL COLL HERRERA AKA   RAFAEL V COLL |
| LIST ONE ITEM PER LINE | | |

| REASON FOR CORRECTION | 7. TO SHOW GROOM'S AKA |
|---|---|

**AFFIDAVITS AND SIGNATURES**

We, the undersigned, hereby certify under penalty of perjury that we have personal knowledge of the above facts and that the information given above is true and correct.

| 8A. SIGNATURE OF FIRST PERSON | 8B. TITLE/RELATIONSHIP TO PERSON IN PART I GROOM | 8C. DATE SIGNED 12/02/2003 |
|---|---|---|
| 8D. AGE LEGAL | 8E. ADDRESS (STREET, CITY, STATE, ZIP) 6366 RANCHO MISSION RD #806   SAN DIEGO   CA   92108 | |
| 9A. SIGNATURE OF SECOND PERSON | 9B. TITLE/RELATIONSHIP TO PERSON IN PART I BRIDE | 9C. DATE SIGNED 12/02/2003 |
| 9D. AGE LEGAL | 9E. ADDRESS (STREET, CITY, STATE, ZIP) 6366 RANCHO MISSION RD #806   SAN DIEGO   CA   92108 | |

**TWO PERSONS MUST SIGN THIS FORM**

| STATE/LOCAL REGISTRAR USE ONLY | 10. SIGNATURE OF STATE OR LOCAL REGISTRAR GREGORY J. SMITH, County Recorder   By Deputy | 11. DATE ACCEPTED FOR REGISTRATION 12/30/2003 |
|---|---|---|

STATE OF CALIFORNIA, DEPARTMENT OF HEALTH SERVICES, OFFICE OF STATE REGISTRAR

VS 24C (7/91)

This is a true and exact reproduction of the document officially registered and placed on file in the office of the San Diego County Recorder/Clerk.

February 2, 2004

Gregory J. Smith
Assessor/Recorder/County Clerk

This copy is not valid unless prepared on an engraved border displaying date, seal and signature of the Recorder/County Clerk





\*001189938\*



# STATE OF CALIFORNIA
## DEPARTMENT OF HEALTH SERVICES

**CERTIFICATION OF VITAL RECORD**

**SEAL OF THE EUREKA**

**CERTIFICATE OF LIVE BIRTH**
**STATE OF CALIFORNIA**

104-78-056484 — STATE BIRTH CERTIFICATE NUMBER — 4000 — 375 — LOCAL REGISTRATION DISTRICT AND CERTIFICATE NUMBER

| | 1A. NAME OF CHILD—FIRST | 1B. MIDDLE | 1C. LAST |
|---|---|---|---|
| **THIS CHILD** | JENNIFER | MICHELLE | LARSEN |

| 2. SEX | 3A. THIS BIRTH, SINGLE, TWIN | 3B. IF MULTIPLE, THIS CHILD | 4. BIRTHWEIGHT | 5A. DATE OF BIRTH—MONTH, DAY, YEAR | 5B. HOUR |
|---|---|---|---|---|---|
| Female | Single | | 2495 | March 26, 1978 | 2320 |

| **PLACE OF BIRTH** | 6A. PLACE OF BIRTH—NAME OF HOSPITAL | 6B. STREET ADDRESS (STREET, NUMBER, OR LOCATION) |
|---|---|---|
| | San Luis Obispo County General | 2180 Johnson Avenue |
| | 6C. CITY OR TOWN | 6D. COUNTY |
| | San Luis Obispo | San Luis Obispo |

| **MOTHER OF CHILD** | 7A. BIRTH NAME OF MOTHER—FIRST | 7B. MIDDLE | 7C. LAST | 8. STATE OF BIRTH | 9. AGE OF MOTHER |
|---|---|---|---|---|---|
| | Teresa | Jane | McGinnis | California | 23 |

| **FATHER OF CHILD** | 10A. NAME OF FATHER—FIRST | 10B. MIDDLE | 10C. LAST | 11. STATE OF BIRTH | 12. AGE OF FATHER |
|---|---|---|---|---|---|
| | Rex | Merrit | Larsen | Utah | 37 |

| **PARENT'S CERTIFICATION** | I CERTIFY THAT THIS WAS REVIEWED FOR THIS INFORMATION AND THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE — 13A. PARENT OR OTHER INFORMANT—SIGNATURE | 13B. RELATIONSHIP TO CHILD | 13C. DATE REVIEWED AND SIGNED |
|---|---|---|---|
| | X Jerri McGinnis | Mother | March 28, 1978 |

| **ATTENDANT'S CERTIFICATION** | 14A. PHYSICIAN (OR OTHER PERSON WHO ATTENDED THIS BIRTH)—SIGNATURE / DEGREE OR TITLE AND TYPED NAME | 14B. DATE SIGNED |
|---|---|---|
| | _signature_ Dr. O'Brien | 3/31/78 |
| REQUEST OMISSION FROM SOLICITATION LISTS | 14C. ADDRESS: 784 Santa Rosa, San Luis Obispo | 14D. ATTENDANT'S LICENSE NUMBER _signature_ |

| **LOCAL REGISTRAR** | 15. DEATH—ENTER DATE OF DEATH | 16. LOCAL REGISTRAR—SIGNATURE | 17. DATE ACCEPTED BY LOCAL REGISTRAR |
|---|---|---|---|
| | | Harold Mitchell, MD | La April 7, 1978 |

*001112047*

This is to certify that this document is a true copy of the official record filed with the Office of Vital Records.

**01 APR 26  AM 10:50**

DATE ISSUED

_signature_
MICHAEL L. RODRIAN
STATE REGISTRAR OF VITAL RECORDS
This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.



*The Secretary of State of the United States of America
hereby requests all whom it may concern to permit the citizen/national
of the United States named herein to pass without delay or hindrance
and in case of need to give all lawful aid and protection.*

*Le Secrétaire d'Etat des Etats-Unis d'Amérique
prie par les présentes toutes autorités compétentes de laisser passer le citoyen
ou ressortissant des Etats-Unis titulaire du présent passeport, sans délai ni
difficulté et, en cas de besoin, de lui accorder toute aide et protection légitimes.*

*El Secretario de Estado de los Estados Unidos de América por el presente solicita a las
autoridades competentes permitir el paso del ciudadano o nacional de los Estados Unidos
aquí nombrado, sin demora ni dificultades, y en caso de necesidad, prestarle toda la
ayuda y protección lícitas.*

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE/FIRMA DEL TITULAR

**NOT VALID UNTIL SIGNED**



PASSPORT
PASSEPORT
PASAPORTE



**UNITED STATES OF AMERICA**

Type / Type / Tipo    Code / Code / Código    Passport No. / No. du Passeport / No. de Pasaporte
P            USA            **300331216**

Surname / Nom / Apellidos
**LARSEN**
Given names / Prénoms / Nombres
**JENNIFER MICHELLE**
Nationality / Nationalité / Nacionalidad
**UNITED STATES OF AMERICA**
Date of birth / Date de naissance / Fecha de nacimiento
**26 Mar 1978**
Sex / Sexe / Sexo    Place of birth / Lieu de naissance / Lugar de nacimiento
**F        CALIFORNIA, U.S.A.**
Date of issue / Date de délivrance / Fecha de expedición    Authority / Autorité / Autoridad
**06 Apr 2001**                **Charleston**
Date of expiration / Date d'expiration / Fecha de caducidad
**04 Apr 2011**
Amendments / Modifications / Enmiendas
**See Page 24**

P<USALARSEN<<JENNIFER<MICHELLE<<<<<<<<<<<<<<
3003312165USA7803266F1104042<<<<<<<<<<<<<<06

**En nombre de los Estados Unidos Mexicanos y como Juez del Registro Civil en el Distrito Federal, certifico que en el archivo de este Juzgado se encuentra un acta del tenor siguiente:**

| JUZGADO | LIBRO | FOJA O FOLIO | AÑO DE REGISTRO |
|---------|-------|--------------|-----------------|
| 13 | 10 | 136 | 1969 |



DEPARTAMENTO
DEL
DISTRITO FEDERAL

D. F. (D. G. de S. L.) Reg. Cv.-24.

# ACTA DE NACIMIENTO

136

Partida Núm. *136* Ciento
*treinta y seis*
*Coll Herrera*
*Rafael Vidal*

En _____ *México* _____ Distrito Federal, a las _____ *Tres horas*
_____ del día _____ *tres*
_____ de _____ *mayo* _____ de mil novecientos *sesenta y*
*nueve*, ante mi *Juan Jiménez Jiménez*
Oficial del Registro Civil, comparece *Rafael Vidal Coll y* y
*Consuelo Herrera de Coll* y presenta _____ a el
niño *Rafael Vidal Coll Herrera* que nació
a las _____ *treinta horas treinta minutos*
_____ del día _____ *tres* _____ de *diciembre*
_____ de *mil novecientos sesenta y ocho*
en *Isabel 28 de esta Ciudad*

## PADRES

| | |
|---|---|
| Nombres: *Rafael Vidal Coll* | *Consuelo Herrera* |
| Edad: *Treinta y cinco años* | *veintiocho años* |
| Ocupación: *Abogado* | *su hogar* |
| Nacionalidad: *mexicana* | *mexicana* |
| Domicilio: *Sevilla 913* | *Sevilla 913* |

## ABUELOS PATERNOS

| | |
|---|---|
| Nombres: *Rafael Coll* | *Victoria López* |
| Domicilio: *finada* | *Zapata 470* |

## ABUELOS MATERNOS

| | |
|---|---|
| Nombres: *Timoteo Herrera* | *Columba Padrino* |
| Domicilio: *el Tepozan Hidalgo* | *Rippy 925* |

## TESTIGOS

# BIRTH CERTIFICATE

Spanish exact translation to English language

NAME OF THE REGISTERED CHILD: RAFAEL VIDAL COLL HERRERA
DATE OF BIRTH: DECEMBER 3, 1968.
PLACE OF BIRTH: MEXICO D.F

FATHER OF THE CHILD  RAFAEL VIDAL COLL
AGE: 35  YEARS OLD.
NATIONALITY: MEXICAN

MOTHER OF THE CHILD  CONSUELO HERRERA
AGE: 28  YEARS OLD
NATIONALITY: MEXICAN

### PATERNAL GRANDPARENTS
RAFAEL COLL
ANTONIA LOPEZ

### MATERNAL GRANDPARENTS
TIMOTEO HERRERA
COLUMBA PAREDES

PLACE REGISTERED: MEXICO D.F
DATE REGISTERED: MARCH 3, 1969

VOLUME 12      PAGE 10      NUMBER 136

WITNESSES: LAURA NAJERA , RAFAEL ESPINOSA

I, CHRISTINA ORTIZ attest to my competency to translate from Spanish to English and
I certify that this is correct English translation of all pertinent information from the original
Birth Certificate.

_____
Signature

Subscribed and sworn to before me
this day of Oct 19 97
_____ Notary Public
in and for the county of San Diego, State of California.

DOLORES N. TERAN
COMM. #1039212
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
My Commission Expires
SEPTEMBER 21, 1998

US CITIZENSHIP AND
IMMIGRATION SERVICES
CHULA VISTA

2:00PM    Feb 6/06
00-0001 001    CVS-RR
#57530

A #           70949655
Last Name
            COLL HERRERA
First Name   RAFAEL V

I-765        $180.00

Cash         $180.00

✳Official✳
✳Document✳
RETAIN THIS RECEIPT

---

US CITIZENSHIP AND
IMMIGRATION SERVICES
CHULA VISTA

10:09AM    Feb 7/0
00-0001 001    CVS-R
#47424

A #           7094965
Last Name       VIDA
First Name      RAFAE

I-765        $175.00

Cash         $175.0

✳Official✳
✳Document✳
RETAIN THIS RECEIPT

---

USDHS BCIS
CHULA VISTA
RETAIN THIS RECEIPT

8:53AM    Mar 9/04
00-0001 001    CVS-RR
#29446

A #           70949655
Last Name       COLL
First Name   RAFAEL V

I-485         $255.00
FP-Fee/FD258  $50.00
I-130 SPOUSE $130.00
I-765         $120.00

Cash          $555.00

✳Official✳
✳Document✳

---

US CITIZENSHIP AND
IMMIGRATION SERVICES
CHULA VISTA

10:44AM    Jun 1/06
00-0001 001    CVS-RR
#59416

A #           70949655
Last Name       COLL
First Name    RAFAEL

I-131        $170.00

Cash         $170.00

✳Official✳
✳Document✳
RETAIN THIS RECEIPT


EXHIBIT B



**U.S. Department of Homeland Security**
Citizenship and Immigration Service
880 Front Street
San Diego, CA 92101

**RAFAEL HERRERA**                                      File:     70 949 655
**6366 RANCHO MISSION RD.# 806**                       Date:     OCT.1, 2004
**SAN DIEGO, CA 92108**

Please come to the office location shown below at the time and place indicated in connection with an official matter.
IF you fail to respond to this request without prior notification to the Service, your application/petition **WILL** be
deemed abandoned and terminated/denied.

| | |
|---|---|
| OFFICE LOCATION | **1261 THIRD AVE. SUITE A**<br>**CHULA VISTA, CA 91911** |
| DATE AND HOUR<br>(SEE NOTE BELOW) | **OCT. 21, 2004          at   2:00 PM** |
| ASK FOR | **District Adjudications Officer** |
| REASON FOR<br>APPOINTMENT | Application for Adjustment of Status<br>This interview may be video taped. |
| BRING WITH YOU: | ❀ **PETITIONER _MUST_ BE PRESENT AT THE INTERVIEW.**<br><br>❀ Bring documents listed on reverse of this letter.<br>❀ If you do not speak English, bring a translator. |

## WARNING: If you are missing some of the documentation requested on the reverse of this letter, your case cannot be completed and it my require an additional interview

For EAD renewal purposes, Applicant's I-485 application was continued
on _____.

DAO _____.

**EXHIBIT C**



U.S. Department of Homeland Security
Citizenship and Immigration Services
880 Front Street, Suite 1234
San Diego, CA 92101-8834

**U.S. Citizenship
and Immigration
Services**

Dear Applicant:

Security checks pertinent to your case are still pending. Unfortunately, we can take no further action on your case until these checks clear. As security checks are performed by other government agencies, their processing is beyond the control of Citizenship and Immigration Services. We will, however, monitor the status of your case on a weekly basis and immediately notify you when the security checks are completed and an appointment can be scheduled regarding your pending application(s). Please bear in mind that security checks sometimes take several months to clear.

If you wish to inquire about your case, please do so after ninety days. Inquiries may be submitted via e-mail at ask-cis.snd@dhs.gov, or in person by *INFOPASS* appointment, available at www.uscis.gov.

We regret this inconvenience and appreciate your patience.

UNITED STATES DEPARTMENT OF JUSTICE
Immigration and Naturalization Service

# I-485 INQUIRY SHEET

## FILL OUT THE ENTIRE FORM, DO NOT LEAVE ANY SPACES BLANK

{X} *Inquiry*      { } *Reschedule*      {X} *Change of address as of* __FEB 2005__

File number: __70 749 655__  File location: __IP HOLD 11BIC__  Date of request __MAY 1 6 2005__ Attn: _____

Date: __MAY 1 6 2005__

NAME: __COll HERRERA, RAFAEL V.__

ADDRESS: __12720 LAUREL ST #209__
__LAKESIDE, CA 92040__

*Your assistance in furnishing additional information is requested. Please fill out the information below in order to respond to your inquiry.*

Date of filing I-485 __MARCH 2004__ Address of Service office where you filed your application __CHULA VISTA__

Name of applicant __COll HERRERA, RAFAEL V.__ Other names used __NONE__

Date of Birth __12/03/68__ Country of Birth __MEXICO__ Telephone: Home (619) __261-2156__ Work: ( ) __NONE__

Complete present address: __12720 LAUREL ST #209__ City: __LAKESIDE__ State: __CA__ Zip: __92040__

Mailing address if different from above: __SAME__ City: _____ State: _____ Zip: _____

If your address was previously given to the Service, how did you notify the Service of the change? __BY MAIL__

What evidence do you have to show that you timely notified the Service of the address change? __A COPY__

Did you notify the Post Office of the address change? Yes(X) No( )

Have you kept this change updated with the Post Office? Yes(X) No( )

Have you been interviewed? Yes (X) No ( ) If your answer is yes, when were you interviewed? __CHULA VISTA__

Have you been fingerprinted? Yes (X) No ( ) If your answer is yes, when where you fingerprinted? __El CAJON DW.__

Comments: _____

### Family Members Who Filed With You

| Name | File number | Date of Birth | (For Official Use) File Location |
|------|-------------|---------------|-------------------------------|
| _____ | _____ | _____ | EXHIBIT D |
| _____ | _____ | _____ | |

**************DO NOT WRITE BELOW THIS LINE******************

5/23/05

INS RESPONSE:
( ) INS scheduled an I-485 and/or fingerprint appointment on _____. Change of address was received until _____.
Renewing your employment authorization and/or travel permit DOES NOT automatically update the address on the I-485.
( ) Your case was closed on _____ for failure to appear. We are unable to reopen your case. Contact your local INS office for procedures to reapply for permanent resident, if applicable. Any work/travel authorization has been terminated.
(X) Other: __Your case is still pending on security check. please read attached notice. thankyou__

**Behar International Counsel PLC**

| | |
|---|---|
| From: | Behar International Counsel PLC [info@beharlaw.net] |
| Sent: | Tuesday, November 06, 2007 11:32 AM |
| To: | 'INS ATTYINQ,' |
| Subject: | Second I-485 Inquiry |

**Applicant:**    **Rafael Vidal COLL HERRERA**
**A#:**    **A70 949 655**

Dear Sir or Madam,

Kindly note that this is the <u>Second (2nd)</u> attempt on our part to inquire on the status of Mr. COLL HERRERA'S I-485 adjustment application. We sent you our first inquiry on October 30, 2007 which has thus gar remained without response. It has now been <u>three (3) years since</u> Mr. COLL HERRERA's Adjustment of Status interview. To date, however, there still is no decision on his application for adjustment. We thus kindly ask that you forward to this office any information regarding the status of our client's adjustment.

Please be advised that effective immediately, our office has been retained as the attorney of record for Mr. Rafael Vidal COLL HERRERA (I-485 applicant) and his wife Mrs. Jennifer Michelle Larsen, the I-130 Petitioner, please update your records accordingly.

Should you have any question regarding the foregoing or need the G-28s signed by our client faxed, please do not hesitate to contact this office immediately at (619) 234-5962, (619) 231-1775, or via email at info@beharlaw.net. Thanking you in advance for your immediate attention to this matter.

Most Cordially,

BEHAR INTERNATIONAL COUNSEL, PLC


By: Tatyana A. Edwards-Behar, Esq.
Attorney At Law
TAE/de

Behar International Counsel
402 W. Broadway, Suite 720
San Diego, CA 92101
(619) 234-5962
Fax (619) 231-1775


The attached materials contain confidential information from Behar International Counsel, PLC. This information is intended solely for use by the individual/entity named as the recipient thereof. If you are not the intended recipient, you are hereby placed on notice that reading all or any portion of the attached materials, or any copying, distribution, disclosure or other use of the attached materials is prohibited. If you have received this transmission in error, please notify us by telephone immediately so we may arrange to retrieve this transmission at no cost to you, and please place this transmission in a sealed envelope marked "confidential" pending retrieval by us.

**Behar International Counsel PLC**

| | |
|---|---|
| **From:** | Behar International Counsel PLC [info@beharlaw.net] |
| **Sent:** | Tuesday, October 30, 2007 11:26 AM |
| **To:** | 'INS ATTYINQ,' |
| **Subject:** | I-485 INQUIRY |

**Applicant:**    **Rafael Vidal COLL HERRERA**
**A#:**        A70 949 655

Dear Sir or Madam,

Kindly note that effective immediately, our office has been retained as the attorney of record for Mr. Rafael Vidal COLL HERRERA (I-485 applicant) and his wife Mrs. Jennifer Michelle Larsen, the I-130 Petitioner, please update your records accordingly.

Also, out office would like to inquire on the status of Mr. COLL HERRERA's I-485 adjustment application. It has now been three years since Mr. COLL HERRERA's Adjustment of Status interview, and to date, there still is no decision on his application for adjustment. We thus kindly ask that you forward to this office any information regarding the status of our client's adjustment.

Should you have any question regarding the foregoing or need the G-28s signed by our client faxed, please do not hesitate to contact this office immediately at (619) 234-5962, (619) 231-1775, or via email at info@beharlaw.net. Thanking you in advance for your immediate attention to this matter.

Most Cordially,

BEHAR INTERNATIONAL COUNSEL, PLC


By: Tatyana A. Edwards-Behar, Esq.
Attorney At Law
TAE/de

Behar International Counsel
402 W. Broadway, Suite 720
San Diego, CA 92101
(619) 234-5962
Fax (619) 231-1775


The attached materials contain confidential information from Behar International Counsel, PLC. This information is intended solely for use by the individual/entity named as the recipient thereof. If you are not the intended recipient, you are hereby placed on notice that reading all or any portion of the attached materials, or any copying, distribution, disclosure or other use of the attached materials is prohibited. If you have received this transmission in error, please notify us by telephone immediately so we may arrange to retrieve this transmission at no cost to you, and please place this transmission in a sealed envelope marked "confidential" pending retrieval by us.

**U.S. Department of Justice**
Immigration and Naturalization Service

AUTHORIZATION FOR PAROLE OF AN ALIEN

INTO THE UNITED STATES

1261 THIRD AVENUE, SUITE A  CHULA VISTA, CA  91911

| Name of Alien | (First) | (Middle) | (Last) | Date 06/01/2006 |
|---|---|---|---|---|
| | **Rafael** | **Vidal** | **COLL HERRERA** | File Number A 70 949 655 |

| Date of Birth (Month) (Day) (Year) 12/03/68 | Place of Birth | (City or town) | (State or province) | Country MEXICO |
|---|---|---|---|---|

| U.S. Address 209 | (Apt. number and/ or in care of) 12720 LAUREL STREET   LAKESIDE, CA   92040 | (Number and street) | (City or town) | (State) | (ZIP Code) |
|---|---|---|---|---|---|

Presentation of the attached duplicate of this document will authorize a transportation line to accept the named bearer on board for travel to the United States without liability under section 273 of the Immigration and Nationality Act for bringing an alien who does not have a visa.

Presentation of the original of this document prior to _____ May 31, 2007 _____ will authorize an immigration officer at a port of entry in the United States to permit the named bearer, whose photograph appears hereon, to enter the United States:

☐ as an alien paroled pursuant to section 212(d)(5) of the Immigration and Nationality Act.

☒

Remarks:       MULTIPLE ENTRIES - VALID UNTIL May 31, 2007.

*Debra F. Rogers*

DEBRA F. ROGERS,  DISTRICT DIRECTOR
(Signature of Immigration Officer)

CHULA VISTA,   CA
(Authorizing Office )



ARRIVAL STAMP

PAROLED until MAY 31, 2007
Purpose: HUMANITARIAN
REASONS
SYS 07/25/06 1786
(Port)    (Date)    (Officer)

Form I-512 (Rev. 10-1-82) Y          2000

TO ALIEN

UNLAWFUL PRESENCE GROUNDS

AUTHORIZATION:

THE HOLDER OF THIS AUTHORIZATION IS AN APPLICANT FOR ADJUSTMENT OF STATUS UNDER THE IMMIGRATION AND NATIONALITY ACT. THE HOLDER DEPARTED THE UNITED STATES TEMPORARILY AND INTENDS TO RETURN TO THE UNITED STATES TO RESUME PROCESSING OF THE ADJUSTMENT OF STATUS APPLICATION. CONTINGENT UPON HIS OR HER PRIMA FACIE ELIGIBILITY, THE HOLDER OF THIS DOCUMENT SHALL BE PAROLED INTO THE UNITED STATES PURSUANT TO THE AUTHORITY OF THE DISTRICT DIRECTOR, SAN DIEGO, CALIFORNIA. VALID FOR MULTIPLE APPLICATIONS FOR PAROLE INTO THE UNITED STATES.


NOTICE TO APPLICANTS:

PRESENTATION OF THIS AUTHORIZATION WILL PERMIT YOU TO RESUME YOUR APPLICATION FOR ADJUSTMENT OF STATUS UPON YOUR RETURN TO THE UNITED STATES. IF YOUR ADJUSTMENT APPLICATION IS DENIED, YOU WILL BE SUBJECT TO REMOVAL PROCEDINGS UNDER SECTION 235 (b)(1) OR 240 OF THE ACT. IF, ATER APRIL 1, 1997, YOU WERE UNLAWFULLY PRESENT IN THE UNITED STATES FOR MORE THAN 180 DAYS BEFORE APPLYING FOR ADJUSTMENT OF STATUS, YOU MAY BE FOUND INADMISSIBLE UNDER SECTION 212(a)(9)(B)(i) OF THE ACT WHEN YOU RETURN TO THE UNITED STATES TO RESUME PROCESSING OF YOUR APPLICATION. IF YOU ARE FOUND INADMISSIBLE, YOU WILL NEED TO QUALIFY FOR A WAIVER OF INADMISSIBILITY IN ORDER FOR YOUR ADJUSTMENT OF STATUS APPLICATION TO BE APPROVED.

Department of
Homeland Security

CBP I-94 A (11/04)
Departure Record

*MAY 31, 2007*
*HUMANITARIAN*
*REASONS*
*SYS 07/03/06 1176*

Family Name
**COLL HERRERA**

First (Given) Name
**RAFAEL VIDAL**

Birth Date (Day Mo Yr)
**03 12 68**

Country of Citizenship
**MEXICO**

**20060703 US-VISIT  20060703 SINGLE USE**
*212 (d)(5)   A# P949655*

See Other Side

**STAPLE HERE**

**Warning**   A nonimmigrant who accepts unauthorized employment is subject to deportation.

**Important** Retain this permit in your possession; *you must surrender it when you leave the U.S.* Failure to do so may delay your entry into the U.S. in the future You are authorized to stay in the U.S only until the date written on this form To remain past this date, without permission from Department of Homeland Security authorities, is a violation of the law.

**Surrender this permit when you leave the U.S.:**
   - By sea or air, to the transportation line;
   - Across the Canadian border, to a Canadian Official;
   - Across the Mexican border, to a U.S. Official

Students planning to reenter the U.S. within 30 days to return to the same school, see "Arrival-Departure" on page 2 of Form I-20 **prior to surrendering this permit.**

**Record of Changes**

*212 (d)(5) PER PERMA J ROGERS DISTRICT DIRECTOR*

---

**Port:**                                        **Departure Record**

**Date:**

**Carrier:**

**Flight # / Ship Name:**

---



En caso de que el titular de este pasaporte requiera de asistencia o protección del gobierno mexicano, se recomienda acuda a la representación diplomática o consular más cercana. Para su protección escriba nombre y dirección de una persona a quien se pueda avisar en caso de emergencia.

Nombre: _____

Dirección: _____

Entidad Federativa: _____

C.P. _____ Teléfono: _____

DOMICILIO DEL TITULAR / HOLDER'S ADDRESS / ADRESSE DU TITULAIRE

Dirección: _____

Entidad Federativa: _____

C.P. _____ Teléfono: _____

Firma del titular / Holder's signature / Signature du titulaire

ESTE PASAPORTE ES VALIDO PARA TODOS LOS PAISES
THIS PASSPORT IS VALID FOR ALL COUNTRIES
CE PASSEPORT EST VALABLE POUR TOUS PAYS

ESTADOS UNIDOS MEXICANOS

Tipo/Type/Type   Clave del país de expedición/Code of issuing   Pasaporte No./Passport No./No. de Passeport
Categoría   P         State Code du pays émetteur   MEX   04900602392

Apellidos/Surname/Nom
COLL
HERRERA

CURP/Personal No./No. personnel

Nombres/Given names/Prénoms
RAFAEL VIDAL

Nacionalidad/Nationality/Nationalité
MEXICANA

Fecha de nacimiento/Date of birth/Date de naissance
03/DIC/1968

Lugar de nacimiento/Place of birth/Lieu de naissance
MEXICO, D.F.

Sexo/Sex/Sexe   M

Fecha expedición/Date of issue/Date de délivrance
20/FEB/2004

Fecha caducidad/Expiration date/Date d'expiration
20/FEB/2009

Autoridad/Authority/Autorité
SAN DIEGO, CA

PASAPORTE
PASSPORT
PASSPORT

P<MEXCOLL<HERRERA<<RAFAEL<VIDAL<<<<<<<<<<<<<
9006023927MEX6812034M0902207<<<<<<<<<<<<<<4

FILIACION DEL TITULAR

PASAPORTE   A   8J 369714
PASSPORT
PASSEPORT

APELLIDOS/SURNAMES/NUMS
COLL HERRERA

NOMBRES/GIVEN NAMES/PRENOMS
RAFAEL VIDAL

FECHA DE NACIMIENTO/DATE OF BIRTH/DATE DE NAISSANCE

LUGAR DE NACIMIENTO/PLACE OF BIRTH/LIEU DE NAISSANCE
MEXICO, D.F.

SEXO/SEX/SEXE   ESTADO CIVIL
M   SOLTERO

ESTATURA
1.85

PELO
CASTAÑO

SEÑAS PARTICULARES
NINGUNA

EXPIRA EL/EXPIRES UN/EXPIRE LE
31 JULIO 1995

EXPEDIDO EL/ISSUED UN/DELIVRE LE

ESTE PASAPORTE FUE EXPEDIDO POR:

LA SECRETARIA DE RELACIONES EXTERIORES

EN:

JOSE GOMEZ MACARRO

FIRMA DEL TITULAR
HOLDER'S SIGNATURE
SIGNATURE DU TITULAIRE

VISAS

Este pasaporte será válido por la temporalidad que se indica en la página de datos. Al término de su validez o de que se haya usado la totalidad de sus páginas, el pasaporte podrá ser canjeado por uno nuevo, presentando el anterior y cumpliendo con los requisitos establecidos en el Reglamento para el canje de pasaportes.

En caso de pérdida, destrucción o mutilación del pasaporte, su titular deberá comunicar inmediatamente a la autoridad expedidora de pasaportes más cercana y a las autoridades locales de policía el hecho y las circunstancias en que hubiere ocurrido.

Este pasaporte no es válido si carece de la firma del titular. Es nulo si tiene raspaduras, enmendaduras, entrerrenglonaduras o cualquier otra alteración. Contiene 32 páginas y no podrán agregársele hojas. En caso de muerte o accidente favor de notificar a la Embajada o Consulado más cercano.

This passport is void if not duly signed by the holder and if it contains erasures, corrections, interlinings or any other alterations. It contains 32 pages and extra pages may not be added.
In case of death or accident, please notify the nearest Mexican Embassy or Consulate.

Ce passeport n'est pas valable s'il ne porte pas la signature du titulaire. Il sera déclaré nul en cas des grattages, corrections, ratures, surcharges ou quelques autres altérations. Il contient 32 pages et il, ne peut y être ajouté de feuillets supplémentaires.
En cas de décès ou d'accident, prière d'en notifier L'Ambassade ou le Consulat Mexicain le plus proche.

NO. DE LIBRETA / BOOKLET NO. / NO. DE CARNET

E    4262234

T.I.S.A - MEXICO



## THE UNITED STATES OF AMERICA

| Receipt Number: | | Case Type: |
|---|---|---|
| MSC-07-157-22406 | | I-765 - Application for Employment Authorization Document |

| Received Date: March 02, 2007 | Priority Date: | Applicant: COLL HERRERA, RAFAEL |
|---|---|---|
| Notice Date: March 08, 2007 | Page      1 OF 1 | ASC Code:    2 |

RAFAEL COLL HERRERA
12720 LAUREL ST APT 209
LAKESIDE CA 92040

| Notice Type: | Receipt Notice |
|---|---|
| Amount Received: | $180.00 |

The above application has been received.  **Please notify us immediately if any of the above information is incorrect.  If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.**

## BIOMETRICS-
The next step is to have your biometrics taken, if required, at a US Citizenship and Immigration Services (USCIS) Application Support Center (ASC).

## PLEASE NOTE-

USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT.  You will be receiving an appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken.

## WHAT TO BRING TO Your appointment -
Please bring this letter and your photo identification to your appointment.  Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a driver's license,
- a military photo identification, or
- a state-issued photo identification card.

**If you do not bring this letter and photo identification, we cannot process you.**
**Please bring a copy of all receipt notices received from USCIS in relation to your current application for benefits.**

## CASE STATUS -
Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

This receipt notice provides notification of the date that your application/petition was received by USCIS.  This receipt notice does **NOT** grant any immigration status or benefit.  You may not present this receipt notice as evidence that you have been granted any immigration status or benefit.  In addition, this receipt notice does not constitute evidence that your application remains pending with USCIS (i.e., that a decision to grant or deny your application/petition has not yet been made).  The current status of your application/petition must be verified with USCIS.

If you have Internet access, you can visit the United States Citizenship and Immigration Services website at  www.USCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U. S. Citizenship and Immigration Services
P.O. Box 648005
Lee's Summit, MO  64064
National Customer Service Center: 1-800-375-5283



# ASC/COLO Standard Operating Procedures

## DBI TENPRINTER Applicant Information Worksheet (AIW)

When you have completed this worksheet, turn it into the receptionist. Have this worksheet, your appointment notification letter and picture identification available.

( ✓ ) - EAD

NAME: Coll Herrera ___ Rafael ___ Vidal ___
_____ Last _____ First _____ Middle _____ Suffix

DATE OF BIRTH: 1968 12 03    TELEPHONE: ( 619 ) 261-2156
_____ Year Month Day _____ (Area code)

PLACE OF BIRTH: Mexico City    SEX: (Male or Female) _____

RACE: Check the most appropriate code below:

☐ American Indian or Alaskan Native    ☐ Black    ☒ White (Hispanic also check)

☐ Asian or Pacific Island    ☐ Unknown

HEIGHT: 5 Feet 06 Inches    WEIGHT: 195 Pounds

EYE COLOR: Check the most appropriate code below:

☐Black ☒Brown ☐Green ☐Gray ☐Pink ☐Hazel ☐Blue ☐Maroon

HAIR COLOR: Check the most appropriate code below:

☒Black ☐Bald ☐White ☐Sandy ☐Red ☐Gray (or Graying) ☐Blonde ☐Brown

COUNTRY OF CITIZENSHIP: ___ Mexican ___

SOCIAL SECURITY NUMBER: 624 -- 43 -- 7668

ALIEN REGISTRATION NUMBER: A 070949655 / ~~A70949655~~

LIST ANY OTHER NAMES YOU HAVE USED:    ok @

_____ Last _____ First _____ Middle _____ Suffix

RESIDENCE ADDRESS (List mailing address if different from residence):

6366 Rancho Mission Rd # 806 San Diego CA 92108
_ Street number and name _____ City _____ State __ Zip Code

REASON FOR FINGERPRINT APPLICATION: ((I-485,) I-589, I-600, I-821, N-400): _____

| LOCAL AIW STAMP |
|---|
| FD-258 COMPLETED AT INS/ASC _____ **XSB** _____ |
| ON: 1/27/02 BY: 152420 |
| QC Check completed By: 157319 |

EXHIBIT F



## ASC Appointment Notice

| | |
|---|---|
| **APPLICATION NUMBER** MSC0715722406 | **NOTICE DATE** 3/13/2007 |

| **CASE TYPE** 1765 | **SOCIAL SECURITY NUMBER** | **USCIS A#** | **CODE** 2 |
|---|---|---|---|
| | **TCR** | **SERVICE CENTER** MSC | **PAGE** 1 of 1 |

RAFAEL COLL HERRERA
12720 LAUREL ST APT 209
LAKESIDE, CA 92040



To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| **APPLICATION SUPPORT CENTER** | |
|---|---|
| USCIS SAN MARCOS | **PLEASE READ THIS ENTIRE NOTICE CAREFULLY.** |
| 727 W. SAN MARCOS BLVD. | **DATE AND TIME OF APPOINTMENT** |
| SUITE 101, 102 (106 temp) | 04/10/2007 |
| SAN MARCOS, CA 92069 | 12:00 PM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
**1. THIS APPOINTMENT NOTICE** and
**2. PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

### REQUEST FOR RESCHEDULING

☐ Please reschedule my appointment. Upon receipt of your request, you will be provided a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to USCIS SAN MARCOS, 727 W. SAN MARCOS BLVD., SUITE 101, 102 (106 temp), SAN MARCOS, CA 92069

**APPLICATION NUMBER I**
1765  -  MSC0715722406



If you have any questions regarding this notice, please call 1-800-375-5283.

### WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

Form I-797C (Rev. 01/31/05) N

JS 44   (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

FILED

## I. (a)  PLAINTIFFS
RAFAEL VIDAL COLL HERRERA

**DEFENDANTS**
PAUL PIERRE, District Director,
U.S. Citizenship and Immigration Services

07 NOV 20

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                      DEPUTY

**(b)**  County of Residence of First Listed Plaintiff   San Diego, CA
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   San Diego, CA
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)**  Attorney's (Firm Name, Address, and Telephone Number)
Tatyana A. Edwards, Esq. (619) 699-5875; Law Offices of Tatyana A.
Edwards, APC; 402 W. Broadway, Ste. 720 San Diego, CA 92101

Attorneys (If Known)

'07 CV  2217 JAH (WMC)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1   U.S. Government
       Plaintiff

☐ 3   Federal Question
       (U.S. Government Not a Party)

☒ 2   U.S. Government
       Defendant

☐ 4   Diversity
       (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                                          and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
8 U.S.C. Section 1361

Brief description of cause:
Action in the nature of mandamus to compel administrative action on application for adjustment of status.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):   JUDGE                          DOCKET NUMBER

DATE
11/20/2007

SIGNATURE OF ATTORNEY OF RECORD
Tatyana A. Edwards

FOR OFFICE USE ONLY

RECEIPT # 144685   AMOUNT $350   APPLYING IFP No  11/20/07   JUDGE           MAG. JUDGE

# UNITED STATES
# DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# # 144685    — KD

# November 20, 2007
# 12:17:56

## Civ Fil Non-Pris
USAO #.: 07CV2217
Judge..: JOHN A HOUSTON
Amount.:                $350.00 CK
Check#.: BC 4369


## Total—>  $350.00


FROM: CIVIL FILING
      HERRERA-PIERRE, ET AL
      07CV2217