Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

RAFAEL VIDAL COLL HERRERA

vs

MICHAEL B. MUKASEY, Attorney General, U.S. Department of Justice; MICHAEL CHERTOFF, Secretary of the U.S. Department of Homeland Security; and PAUL PIERRE, District Director, U.S. Citizenship and Immigration Services, San Diego, California

FILED
07 NOV 20 PM 12: 20
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

SUMMONS IN A CIVIL ACTION
Case No.

'07 CV 2217 JAH (WMC)

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Tatyana A. Edwards, Esquire
Law Offices of Tatyana A. Edwards, APC
402 W. Broadway, Suite 720
San Diego, CA 92101; Tel: (619) 699-5875

An answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

NOV 20 2007

CLERK

J. RAPAS

By _____, Deputy Clerk                    DATE

Summons in a Civil Action                                            Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)