1  KAREN P. HEWITT
   United States Attorney
2  RAVEN M. NORRIS
   Assistant U.S. Attorney
3  California State Bar No. 232868
   880 Front Street, Room 6293
4  San Diego, California 92101-8893
   Telephone: (619) 557-7157
5
   Attorneys for the Defendants
6

7
                    UNITED STATES DISTRICT COURT
8
                   SOUTHERN DISTRICT OF CALIFORNIA
9
   RAFAEL VIDAL COLL HERRERA,        )    Case No. 07 cv 2217 JAH (WMC)
10                                    )
                    Plaintiff,        )    NOTICE OF APPEARANCE
11                                    )
          v.                          )
12                                    )
   MICHAEL   B.   MUKASEY,   Attorney )
13 General, Department of Justice, et al.,)
                                      )
14                                    )
                    Defendants.       )
15 _____)

16 TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17     I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

18     I certify that I am admitted to practice in this court or authorized to practice under CivLR

19 83.3.c.3-4.

20     The following government attorneys (who are admitted to practice in this court or authorized to

21 practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel

22 for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this

23 case:

24     <u>Name</u> (If none, enter "None" below)

25         None

26     Effective this date, <u>the following attorneys are no longer associated with this case</u> and should

27 <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case:

28
       <u>Name</u> (If none, enter "None" below)

None

This notice is purely for the purpose of obtaining Notices of Electronic Filings in this case and does not constitute a waiver of any defense or objection, including but not limited to personal jurisdiction, sufficient process, sufficient process of service and proper venue.

Please call me if you have any questions about this notice.

Dated:    January 24, 2008                    Respectfully submitted,

                                              KAREN P. HEWITT
                                              United States Attorney


                                              s/ Raven M. Norris
                                              RAVEN M. NORRIS
                                              Assistant U.S. Attorney
                                              Attorneys for Defendants
                                              Email: Raven.Norris@usdoj.gov

Notice of Appearance                   2                              07CV2217

1    UNITED STATES DISTRICT COURT

2    SOUTHERN DISTRICT OF CALIFORNIA

3  RAFAEL VIDAL COLL HERRERA,          )    Case No. 07cv2217 JAH (WMc)
                                        )
4                 Plaintiff,            )    CERTIFICATE OF SERVICE
        v.                              )
5                                       )
   MICHAEL CHERTOFF, Secretary of the   )
6  Department of Homeland Security, et al., )
                                        )
7                 Defendants.           )
   _____   )

8

9  IT IS HEREBY CERTIFIED THAT:

10     I, Raven M. Norris, am a citizen of the United States and am at least eighteen years of age.  My
    business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

11

12     I am not a party to the above-entitled action.  I have caused service of the Notice of Appearance on
    the following parties by electronically filing the foregoing with the Clerk of the District Court using its
    ECF System, which electronically notifies them.

13

14     **Tatanya A. Edwards, Esq.**

15     I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service,
    to the following non-ECF participants on this case:

16     None

17  the last known address, at which place there is delivery service of mail from the United States Postal
    Service.

18

19     I declare under penalty of perjury that the foregoing is true and correct.

20     Executed on January 24, 2008

21                         s/ Raven M. Norris
                           RAVEN M. NORRIS

22

23

24

25

26

27

28