1  KAREN P. HEWITT
   United States Attorney
2  RAVEN M. NORRIS
   Assistant U.S. Attorney
3  California State Bar No. 232868
   880 Front Street, Room 6293
4  San Diego, California 92101-8893
   Telephone: (619) 557-7157
5  Facsimile: (619) 557-5004

6  Attorneys for the Defendants

7  TATYANA A. EDWARDS
   California State Bar No. 201808
8  Law Offices of Tatyana A. Edwards, APC
   402 W. Broadway, Suite 720
9  San Diego, California 92101

10 Attorneys for Plaintiff

11                UNITED STATES DISTRICT COURT

12                SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL VIDAL COLL HERRERA, | Case No. 07cv 2217 -JAH (WMC) |
| Plaintiff, | |
| v. | JOINT MOTION TO EXTEND TIME FOR FILING OF RESPONSIVE PLEADING |
| MICHAEL B. MUKASEY, United States Attorney General, et al., | [Fed. R. Civ. P. 6(b)(1)] |
| Defendants. | |

COME NOW THE PARTIES, Plaintiff Rafael Vidal Coll Herrera, by and through his counsel, Law Office of Tatyana A. Edwards, and Defendants Michael B. Mukasey, et al., by and through their counsel, Karen P. Hewitt, United States Attorney, and Raven M. Norris, Assistant United States Attorney, hereby jointly move the Court to extend the time for filing of Defendants' responsive pleading. In order to address Plaintiff's claims and without waiving Defendants' rights to defend the causes of actions and allegations, including the right to file any FED. R. CIV. P. 12 motions to dismiss, the parties jointly request this extension of time. Based upon the foregoing, it is respectfully requested that the Court enter an order, under FED. R. CIV. P. 6(b)(1), expanding the time for the filing of Defendants' responsive pleading until **February 25, 2008**

///

1  Dated: January 24, 2008                    Respectfully submitted,

2                                              KAREN P. HEWITT
                                              United States Attorney
3

4                                              s/ Raven M. Norris
                                              RAVEN M. NORRIS
5                                              Assistant U.S. Attorney
                                              Attorneys for Defendants
6
   DATED: January 24, 2008
7

8                                              s/ Tatyana A. Edwards
                                              TATYANA A. EDWARDS
                                              Attorney for Plaintiff
9

10    Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Petitioner and that I have obtained authorization from Tatyana A. Edwards to affix her electronic signature to this document.

14  DATED: January 24, 2008                   KAREN P. HEWITT
                                              United States Attorney
15
                                              s/Raven M. Norris
16                                             Assistant U. S. Attorney
                                              Attorney for Defendants
17                                             Email: Raven.Norris@usdoj.gov