1  KAREN P. HEWITT
   United States Attorney
2  RAVEN M. NORRIS
   Assistant U.S. Attorney
3  California State Bar No. 232868
   880 Front Street, Room 6293
4  San Diego, California 92101-8893
   Telephone: (619) 557-7157
5  Facsimile: (619) 557-5004

6  Attorneys for the Defendants

7  TATYANA A. EDWARDS
   California State Bar No. 201808
8  Law Offices of Tatyana A. Edwards, APC
   402 W. Broadway, Suite 720
9  San Diego, California 92101

10 Attorneys for Plaintiff

11                    UNITED STATES DISTRICT COURT

12                   SOUTHERN DISTRICT OF CALIFORNIA

13 RAFAEL VIDAL COLL HERRERA,      )    Case No. 07cv 2217 -JAH (WMC)
                                   )
14              Plaintiff,         )
                                   )    JOINT MOTION TO EXTEND TIME FOR
15      v.                         )    FILING OF RESPONSIVE PLEADING
                                   )
16 MICHAEL B. MUKASEY, United States)
   Attorney General, et al.,       )    [Fed. R. Civ. P. 6(b)(1)]
17                                 )
                Defendants.        )
18 _____)

19      COME NOW THE PARTIES, Plaintiff Rafael Vidal Coll Herrera, by and through his counsel,

20 Law Office of Tatyana A. Edwards, and Defendants Michael B. Mukasey, et al., by and through their

21 counsel, Karen P. Hewitt, United States Attorney, and Raven M. Norris, Assistant United States

22 Attorney, hereby jointly move the Court to extend the time for filing of Defendants' responsive

23 pleading. The parties are working toward an extrajudicial resolution of Plaintiff's complaint, and the

24 parties have agreed that additional time is required before Defendants' filing of any responsive pleading

25 in order to pursue resolution of Plaintiff's claims without the intervention of the Court.

26      In an effort to resolve Plaintiff's complaints and without waiving Defendants' rights to defend

27 the causes of actions and allegations, including the right to file any Fed. R. Civ. P. 12 motions to

28 dismiss, the parties now jointly request this extension of time. Accordingly, the parties jointly request

   that the Court extend the date upon which Defendants' responsive pleadings are due until

1 **March 25, 2008**. The parties have previously requested one extension of time.

2 Based upon the foregoing, it is respectfully requested that the Court enter an order, under Fed. R. Civ. P. 6(b)(1), expanding the time for the filing of Defendants' responsive pleading until **March 25, 2008**.

Dated: February 21, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ Raven M. Norris
RAVEN M. NORRIS
Assistant U.S. Attorney
Attorneys for Defendants

DATED: February 21, 2008

s/ Tatyana A. Edwards
TATYANA A. EDWARDS
Attorney for Plaintiff

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Petitioner and that I have obtained authorization from Tatyana A. Edwards to affix her electronic signature to this document.

DATED: February 20, 2008

KAREN P. HEWITT
United States Attorney

s/Raven M. Norris
Assistant U. S. Attorney
Attorney for Defendants
Email: Raven.Norris@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAFAEL VIDAL COLL HERRERA, | ) | Case No. 07cv2217 JAH (WMc) |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| v. | ) | |
| | ) | |
| MICHAEL B. MUKASEY, Attorney General, Department of Justice, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Raven M. Norris, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Joint Motion to Extend Time To File Responsive Pleading on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**Tatyana A. Edwards, Esq.**

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

None

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 21, 2008

        s/ Raven M. Norris
        RAVEN M. NORRIS