# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL VIDAL COLL HERRERA,  )<br>  )<br>                  Plaintiff,  )<br>  )<br>      v.  )<br>  )<br>MICHAEL B. MUKASEY, Attorney)<br>General, Department of Justice, et al.,  )<br>  )<br>                  Defendants.  )<br>_____) | Case No.  07CV 2217 JAH (WMc)<br><br>ORDER GRANTING JOINT MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING |

Having considered the parties' Joint Motion to Extend Time to File Responsive Pleading and finding the joint motion meritorious, the Court GRANTS the motion and ORDERS that Defendants shall respond to Plaintiff's Complaint on or before **March 25, 2008**

**It is so ordered.**

DATED:     February 25, 2008

_____
JOHN A. HOUSTON
United States District Judge